**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

## No. 98-1175
_____

SHAHED FARASAT,

Plaintiff - Appellant,

versus

DEBBIE PAULIKAS; MARRIOTT INTERNATIONAL,
INCORPORATED; CTF HOTEL MANAGEMENT
CORPORATION, a body corporate,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-97-1488-H)

_____

Submitted:  November 30, 1998      Decided:  December 21, 1998

_____

Before WILKINS and NIEMEYER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shahed Farasat, Appellant Pro Se.  Todd James Horn, VENABLE, BAET-
JER & HOWARD, Baltimore, Maryland; Nancy Carolyn Lee, MARRIOTT
INTERNATIONAL INCORPORATED, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Shahed Farasat appeals the district court's order granting Defendants' motions to dismiss and for summary judgment in his action alleging employment discrimination in violation of 42 U.S.C. § 1981 (1994) and state law. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Farasat v. Paulikas</u>, No. CA-97-1488-H (D. Md. June 11, 1997; Jan. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2